ERIC A. HERZOG (CA Bar No. 229066)
eric.herzog@nortonrosefulbright.com
FULBRIGHT & JAWORSKI LLP
555 South Flower Street
Forty-First Floor
Los Angeles, California  90071
Telephone:   (213) 892-9200
Facsimile:    (213) 892-9494

TARA A. LACLAIR (CA Bar No. 205130)
tara.laclair@crowedunlevy.com
CROWE & DUNLEVY, P.C.
20 North Broadway, Suite 1800
Oklahoma City, OK  73102-8273
Telephone: (405) 235-7700
Facsimile:  (405) 239-6651

Attorneys for Plaintiffs
MERRILL LYNCH, PIERCE, FENNER &
SMITH, INC. and DONOVAN KOAH

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. and DONOVAN KOAH,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES TILGHMAN,<br><br>Defendant. | Case No. CV 13-6467 ABC (SHx)<br><br>[~~PROPOSED~~] JUDGMENT |

On December 12, 2013, Plaintiffs Merrill Lynch Pierce, Fenner & Smith Incorporated and Donovan Koah filed an Application for Entry of Default Judgment seeking entry of Judgment against Defendant Charles S. Tilghman. After consideration of Plaintiffs' Application, and good cause appearing, IT IS ORDERED THAT:

1. Plaintiffs shall have judgment in their favor against Defendant Charles Tilghman;

2. Consistent with the relief requested in Plaintiffs' Complaint, the Award entered on or about March 28, 2013, in the arbitration styled *Charles S. Tilghman vs. Merrill Lynch, Pierce, Fenner & Smith Incorporated*, FINRA Dispute Resolution Case Number 12-00976, which included a finding that the claims against Donovan Koah are factually impossible or clearly erroneous, is hereby CONFIRMED in all respects. Pursuant to the Award, all reference to the above-referenced arbitration shall be EXPUNGED from Donovan Koah's registration records maintained by the Central Registration Depository.

**IT IS SO ORDERED.**

DATED: December 17, 2013

_____
AUDREY B. COLLINS
United States District Judge